

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 8, 2020

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Akeem Krubally*, 20 Mag. 9005

Dear Judge McCarthy:

    The complaint in the above-referenced case was originally filed under seal. On September 4, 2020, defendant Akeem Krubally was arrested. As a result, the Government respectfully requests that the Court unseal the complaint.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:   /s/ Derek Wikstrom
    Derek Wikstrom
    Assistant United States Attorney
    Tel: (914) 993-1946

SO ORDERED:

*Judith C. McCarthy*    9-8-2020
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE