UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Akeem KruBally
    Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-  ( )( )

20 Mag 9005
Hon Judith C. McCarthy

Defendant __Akeem KruBally__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

✓    Initial Appearance Before a Judicial Officer

✓    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓    Bail/Detention Hearing

✓    Conference Before a Judicial Officer

/s/ Akeem Krubally by JCM with permission
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Akeem KruBally
Print Defendant's Name

[signature]
Defendant's Counsel's Signature

Stephen R. Lewis
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/8/20
Date

Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge
Hon Judith C. McCarthy